NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARAEL OWENS,                        )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-2935
                                     )
TAMESHA SADDLERS, and                )
DEPARTMENT OF REVENUE,               )
                                     )
          Appellees.                 )
_____  )

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Polk
County; Michael P. McDaniel, Judge.

Larael Owens, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Toni C. Bernstein
Senior Assistant Attorney General,
Tallahassee, for Appellee Department of
Revenue.

No appearance for Appellee Tamesha
Saddlers.


PER CURIAM.

          Affirmed.


KELLY, SLEET, and LUCAS, JJ., concur.